# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-08510 JAK (AGRx) | Date | April 26, 2012 |
|---|---|---|---|
| Title | Leslie Farrow, et al. v. Skanska USA Civil West California District, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On April 25, 2012, the parties appeared before Magistrate Judge Alicia G. Rosenberg for a second session of the settlement conference and were able to reach a settlement. Dkt. 28. The Court sets an Order to Show Cause re Dismissal for June 11, 2012 at 1:30 p.m. If the parties file a dismissal by June 7, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The April 30, 2012 Post Mediation Status Conference, July 9, 2012 Final Pretrial Conference, July 13, 2012 Exhibit Conference, and July 17, 2012 Jury Trial are vacated.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | ak |