**THOMPSON & COLEGATE LLP**
3610 Fourteenth Street
P. O. Box 1299
Riverside, California 92502
Tel: (951) 682-5550
Fax: (951) 781-4012

JOHN A. BOYD (SBN 089394)
jboyd@tclaw.net
JENNIFER R. WONG (SBN 253755)
jwong@tclaw.net

Attorneys for Defendant, SKANSKA USA CIVIL WEST CALIFORNIA DISTRICT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE FARROW, LOUIE GIAMPAPA, MATT PENDO, MIKE BERGEN, CHARLES POSS, GENE BREWER, ERIK LAGAFUANIA, CURTIS FARROW, TRUSTEES OF THE CONSTRUCTION TEAMSTERS HEALTH & WELFARE TRUST, AKA THE CONSTRUCTION TEAMSTERS SECURITY TRUST, THE CONSTRUCTIN TEAMSTERS VACATION-HOLIDAY TRUST, THE CONSTRUCTION TEAMSTERS TRAINING AND UPGRADING TRUST, AND THE CONSTRUCTION TEAMSTERS CONTRACT COMPLIANCE FUND, <br><br>        Plaintiffs,<br><br>v.<br><br>SKANSKA USA CIVIL WEST CALIFORNIA DISTRICT, INC., a California corporation,<br><br>        Defendants.<br><br>SKANSKA USA CIVIL WEST CALIFORNIA DISTRICT, INC., a California corporation, | CASE NO. CV 11-08510 JAK (AGRx)<br><br>JUDGE:   Hon. John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION   JS-6**<br><br>[FILED CONCURRENTLY WITH STIPULATION FOR DISMISSAL OF ENTIRE ACTION]<br><br>TRIAL DATE:   None yet set.<br>ACTION FILED:  October 14, 2011 |

1         Third-Party Plaintiff,

2 v.

3 BOONE TRUCKING, a California corporation, and ROES 1-50, inclusive,

4

5         Third-Party Defendants.

## ORDER

Pursuant to the Stipulation of the parties, and good cause appearing therefore, **IT IS HEREBY ORDERED** that this entire action, including the Complaint filed by Plaintiffs against SKANSKA USA CIVIL WEST CALIFORNIA DISTRICT, INC. ("SKANSKA") as well as the Third Party Complaint filed by SKANSKA against BOONE TRUCKING, INC., shall be dismissed with prejudice.

Dated: June 7, 2012     _____

                              HONORABLE JOHN A. KRONSTADT,
                              U.S. DISTRICT COURT JUDGE